| | |
|---|---|
| DEFENDANT: | Sean Pearce |
| YOB/AGE: | 1966 |
| COMPLAINT FILED? | _____ Yes    ___x___ No |
| | If Yes, MAGISTRATE CASE NUMBER |

| OFFENSE(S): | | |
|---|---|---|
| | 1) 21 U.S.C. § 841(a)(1) & (b)(1)(B) | Possession with intent to distribute a controlled substance |
| | 2) 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm |

| | |
|---|---|
| LOCATION OF OFFENSE: | Pueblo County & Logan County, Colorado |

| PENALTY: | | |
|---|---|---|
| | 1) 21 U.S.C. § 841(a)(1) & (b)(1)(B) | NLT 5 years imprisonment; NMT 40 yrs imprisonment, $5,000,000 fine or both; NLT 4 yrs SR, NMT life SR; $100 SA |
| | 2) 18 U.S.C. § 922(g)(1) | NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |

| | |
|---|---|
| AGENT: | FBI SA KC Hughes |
| AUTHORIZED BY: | AUSA Andrea Surratt |

ESTIMATED TIME OF TRIAL:    _x_ five days or less       ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

1