AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-cr-00264-RM |
| | ) | |
| | ) | |
| SEAN PEARCE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SEAN PEARCE                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and (b)(1)(B) (possession with intent to distribute 50 grams or more of methamphetamine)
18 U.S.C. § 922(g)(1) (felon in possession of firearms)


Date:    08/10/2021                                                       s/ R.Villa, Deputy Clerk
                                                                          *Issuing officer's signature*

City and state:   Denver, CO                                              Jeffrey P. Colwell, Clerk of Court
                                                                          *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                          *Arresting officer's signature*

                                                                          *Printed name and title*