IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SEAN PEARCE,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the Acting United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.    The Defendant, SEAN PEARCE, YOB: 1966, FBI# 835240DA9, State ID# 257020 is now confined in the Pueblo County Jail.

2.    PEARCE was indicted in the above-captioned case on or about August 10, 2021.  A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer, requiring him to serve the writ on the Warden, Superintendent, or

Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for the Defendant's initial appearance and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where he is now confined.

Respectfully submitted this 8th day of September, 2021.

                              MATTHEW T. KIRSCH
                              ACTING UNITED STATES ATTORNEY

By:   */s Andrea Surratt*
       ANDREA SURRATT
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Ste. 1600
       Denver, CO 80202
       Tel: 303-454-0100
       Email: andrea.surratt@usdoj.gov