IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SEAN PEARCE,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of <u>SEAN PEARCE</u>, YOB: <u>1966</u>, now confined in the <u>Pueblo County Jail</u>, FBI# <u>835240DA9</u>, State ID# <u>257020</u>, before a United States Magistrate Judge, sitting at Denver, Colorado, in the United States District Court for the District of Colorado; forthwith to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the

United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined.

DATED at Denver, Colorado, this __10__ day of __September__, 2021.



BY THE COURT:

s/ A. Hinojosa-Lavalle, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT