IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00264-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SEAN PEARCE,

      Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Mary V. Butterton
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Mary_Butterton@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on October 22, 2021, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

       Andrea Lee Surratt, Assistant United States Attorney
       E-mail:  andrea.surratt@usdoj.gov

       I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

       Sean Pearce (via U.S. mail)

                                    s/ Mary V. Butterton
                                    MARY V. BUTTERTON
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Mary_Butterton@fd.org
                                    Attorney for Defendant