FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2021 OCT 27  AM 11: 55

JEFFREY P. COLWELL
CLERK

Criminal Action No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

BY_____DEP. CLK

Plaintiff,

v.

1.   SEAN PEARCE,

Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO,
OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL
LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE
CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District
of Colorado.  I hereby command that you bring the body of <u>SEAN PEARCE</u>, YOB:
<u>1966</u>, now confined in the <u>Pueblo County Jail</u>, FBI# <u>835240DA9</u>, State ID# <u>257020</u>,
before a United States Magistrate Judge, sitting at Denver, Colorado, in the United
States District Court for the District of Colorado; forthwith to appear for proceedings in
the above-referenced and pending case; and to hold the said defendant at all times in
your custody as an agent of the United States of America; that immediately after the
conclusion of the proceedings and final disposition of the above-entitled case in the

United States District Court for the District of Colorado, you shall return the Defendant

to the institution where he was confined.

DATED at Denver, Colorado, this __10__ day of __September__, 2021.



BY THE COURT:

s/ A. Hinojosa-Lavalle, Deputy Clerk

CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM Pueblo County Jail   TO
USM's Denver CellBlock
ON 10/27/21

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM_____ TO
_____
ON_____

2    UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY_____
DEPUTY U.S. MARSHAL