AO 442 (Rev. 11/11) Arrest Warrant

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 OCT 27 AM 11:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK
```

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-cr-00264-RM |
| | ) |
| | ) |
| SEAN PEARCE | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SEAN PEARCE,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1) and (b)(1)(B) (possession with intent to distribute 50 grams or more of methamphetamine)
18 U.S.C. § 922(g)(1) (felon in possession of firearms)

Date:   08/10/2021

s/ R.Villa, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10 22 2021, and the person was arrested on *(date)* 10 22 2021
at *(city and state)* DENVER, CO.

Date: 10 22 2021

*Arresting officer's signature*

J.W. MATHEWS   FBI TFO
*Printed name and title*