IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEAN PEARCE

    Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 1, 2021, in the State and District of Colorado, the defendant, SEAN PEARCE, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT 2

On or about June 23, 2021, in the State and District of Colorado, the defendant, SEAN PEARCE, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

On or about June 23, 2021, in the State and District of Colorado, the defendant, SEAN PEARCE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. As a result of committing the violations of Title 21, United States Code, Section 841(a)(1), alleged in Counts One and Two of this Superseding Indictment, the defendant, SEAN PEARCE, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Superseding Indictment.

2. As a result of committing the violation of Title 18, United States Code, Section 922(g)(1) alleged in Count Three of this Superseding Indictment, the defendant, SEAN PEARCE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the firearms seized from PEARCE's home on June 24, 2021.

3. If any of the property subject to forfeiture as a result of any act or omission

of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

                              A TRUE BILL:

                              <u>Ink signature on file in Clerk's Office</u>
                              FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney


By:    <u>s/ Andrea Surratt</u>
        Andrea Surratt
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California St., Ste. 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        Fax:  303-454-0406
        E-mail:  Andrea.Surratt@usdoj.gov
        Attorney for Government