| | | |
|---|---|---|
| DEFENDANT: | Sean Pearce | |
| YOB/AGE: | 1966 | |
| COMPLAINT FILED? | _____ Yes   ____x___ No | |
| | If Yes, MAGISTRATE CASE NUMBER | |
| OFFENSE(S): | 1) 21 U.S.C. § 841(a)(1) & (b)(1)(A) | Possession with intent to distribute a controlled substance |
| | 2) 21 U.S.C. § 841(a)(1) & (b)(1)(B) | Possession with intent to distribute a controlled substance |
| | 3) 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm |
| LOCATION OF OFFENSE: | Pueblo County & Logan County, Colorado | |
| PENALTY: | 1) 21 U.S.C. § 841(a)(1) & (b)(1)(A) | NLT 10 years imprisonment; NMT life imprisonment, $10,000,000 fine or both; NLT 5 yrs SR, NMT life SR; $100 SA |
| | 2) 21 U.S.C. § 841(a)(1) & (b)(1)(B) | NLT 5 years imprisonment; NMT 40 yrs imprisonment, $5,000,000 fine or both; NLT 4 yrs SR, NMT life SR; $100 SA |
| | 3) 18 U.S.C. § 922(g)(1) | NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| AGENT: | FBI SA KC Hughes | |
| AUTHORIZED BY: | AUSA Andrea Surratt | |

ESTIMATED TIME OF TRIAL:   _x_ five days or less   ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

1