IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN PEARCE,

        Defendant.
_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

        COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

        DATED this 4th day of November 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:  s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of November 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                    s/ *Jasmine Zachariah*
                                    FSA Data Analyst
                                    Office of the U.S. Attorney