IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN PEARCE,

        Defendant.

_____

**UNITED STATES' FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

        COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and hereby files the following First Bill of Particulars:

        1.    In the Forfeiture Allegation on Pages 2-3 of the Indictment returned on August 10, 2021, the United States alleged that, pursuant to 18 U.S.C. § 853, it would seek forfeiture of all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of the Indictment.

        2.    Accordingly, the United States gives notice that as a result of the violations of 21 U.S.C. § 841(a)(1 and (b)(1)(B) as alleged in Count 1 of the Indictment,

and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following:

    a. $9,550.00 in United States currency

DATED this 4th day of November 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: tonya.andrews@usdoj.gov