IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00264-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN PEARCE,

        Defendant.

___

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO
APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
___

The Office of the Federal Public Defender, through Mary V. Butterton, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above-named defendant. In support of this motion, Defendant states that:

1. Mr. Pearce was appointed counsel through the Criminal Justice Act on October 22, 2021. Doc. 11. Undersigned counsel and the Office of the Federal Public Defender ("FPD") entered an appearance that same day. Doc. 12.

2. The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 2(a). Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause. *See* Colo. RPC 1.16 (2012). Undersigned counsel maintains that good cause exists for withdrawal in the present case.

2

3. Colorado Rule of Professional Conduct 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest. See Colo. RPC 1.7 (2012). Such a conflict exists if:

> 1) The representation of one client will be directly adverse to another client; or
> 2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person . . .

*Id.*

4. The FPD has a conflict of interest between Mr. Pearce and another client represented by her office.

5. Continued representation of Mr. Pearce would potentially violate Rules 1.7 and 1.9 of the Colorado Rules of Professional Conduct as adopted in D.C.Colo.L.CrR 57.6. The FPD cannot fulfill its duty of loyalty to either client due to their competing interests and cannot choose between them. Therefore, the FPD is ethically required to file this motion to withdraw.

6. Pursuant to D.C.Colo. L. Cr. R. 57.5.D, a copy of this motion is being mailed to Mr. Pearce. Because Mr. Pearce previously has been declared indigent, and to assist Mr. Pearce in complying with these rules, this motion respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent him.

7. Undersigned counsel will work with appointed counsel to ensure preparation for all future court appearances and deadlines.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and appoint new counsel from the CJA panel.  Counsel also requests that ECF Notification be terminated.

          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender


          s/ Mary Butterton
          MARY BUTTERTON
          Assistant Federal Public Defender
          633 Seventeenth Street, Suite 1000
          Denver, Colorado 80202
          Telephone: (303) 294-7002
          FAX: (303) 294-1192
          Email:  Mary_Butterton@fd.org
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 4, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Andrea Surratt, Assistant United States Attorney
  Email: Andrea.Surratt@usdoj.gob

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Sean Pearce (via U.S. Mail)

             s/ Mary Butterton
             MARY BUTTERTON
             Assistant Federal Public Defender
             633 Seventeenth Street, Suite 1000
             Denver, Colorado 80202
             Telephone: (303) 294-7002
             FAX: (303) 294-1192
             Email:  Mary_Butterton@fd.org
             Attorney for Defendant