# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEAN PEARCE,

    Defendant.

___

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT
___

This matter is before the Court on the Motion to Withdraw as Counsel of Record and to Appoint New Counsel from the Criminal Justice Act Panel (the "Motion") (ECF No. 29). The Court, having reviewed the Motion and being full advised, hereby

ORDERS that the Motion to Withdraw as Counsel of Record and to Appoint New Counsel from the Criminal Justice Act is GRANTED and Mary Butterton is allowed to withdraw as counsel for Defendant - effective upon entry of appearance of substitute counsel, and

FURTHER ORDERS that conflict-free counsel from the Criminal Justice Act Panel shall be appointed for this Defendant.

Dated this 5th day of January, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge