IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00264-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   **SEAN PEARCE**

Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

Jolie Masterson hereby provides notice of her appearance as counsel of record for Sean Pearce in the above captioned matter.  Ms. Masterson appears as counsel for Mr. Pearce pursuant to the Criminal Justice Act.

Respectfully submitted,

Dated: January 5, 2022

s/Jolie Masterson
JOLIE MASTERSON,
*Counsel for Mr. Pearce*
1544 Race Street
Denver, CO 80206
Phone 720-663-9553
Fax 303-957-5579

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              s/ Jolie Masterson
                                              Jolie Masterson