**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  21-cr-00264-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   SEAN PEARCE,

Defendant.

**UNOPPOSED MOTION FOR A TWO-WEEK CONTINUANCE OF THE MOTIONS FILING DEADLINE**

Mr. Pearce, through his attorney, Jolie Masterson, respectfully moves this Court for a two-week extension of the deadline to file motions.  As grounds, Mr. Pearce states:

### I.   PROCEDURAL HISTORY

1. Mr. Pearce was charged by superseding indictment on November 3, 2021 and the indictment was superseded on November 3, 2021 with offenses related to guns and drugs.  ECF #21.

2. On January 5, 2022, the Court granted a motion to withdraw by the Federal Public Defender representing Mr. Pearce and undersigned counsel entered her appearance as counsel for Mr. Pearce.  ECF #30-31.

3. Motions are currently due by August 1, 2022.  Responses are due by August 10, 2022.  A jury trial is set for September 26, 2022.  ECF #35.

## II.  DILIGENCE AND BASIS FOR REQUEST FOR ADDITIONAL TIME

4. Undersigned counsel has been working diligently at reviewing discovery in this case, discussing it with Mr. Pearce, investigating the case, and consulting with a DNA expert.  Undersigned counsel and the Government, through Ms. Andrea Surratt, have been in frequent communication regarding various aspects of the case.

5. The discovery produced is comprised of 1,274 pages of investigative reports, 5,117 pages of documents related to search warrants, 32 pages of documents related to criminal history, 21 video files, 1 audio file, and 15 Excel files.  Undersigned counsel has also obtained voluminous documents through investigation.  Undersigned counsel hired a paralegal to review and summarize the portions of voluminous information obtained through investigation in an effort to avoid delay.

6. Six days ago, in response to diligent efforts and communications between the government and defense, the government produced an additional 306 pages of PDF discovery.  Undersigned counsel is still reviewing those new documents.

7. Recently, undersigned counsel submitted to the government in this case an 8-page, single spaced, letter with mitigation and a detailed potential defense to the gun charge, in addition to an offer at resolving the case.  Undersigned counsel attached 64 pages of exhibits to support her positions.  This is not to say that plea negotiations serve as a reason for delay, but rather as an example to the Court that undersigned counsel is working diligently on this case and has not been lax in the tasks necessary to represent Mr. Pearce.

8. Undersigned counsel has had an unanticipated volume of work in another case creating difficulty for her to complete work on motions filing and the review of the

additional discovery in this case.  Specifically, undersigned counsel was an attorney on a murder case in Jefferson County resulting in a conviction in 2017.  *People v. Gutierrez*, Jefferson County case 15CR1470; *see People v. Sanchez*, Jefferson County case 15CR1468 (jointly tried co-defendant's case).  The convictions in those cases were recently overturned by the Colorado Court of Appeals and remanded for new, severed trials.  *People v. Gutierrez*, 499 P.3d 367, 373 (Colo. App. 2021).  Undersigned counsel and her original co-counsel re-entered their appearances on behalf of that defendant on February 28, 2022.

9. A myriad of issues since have required delay in that case, to include undersigned counsel's co-counseling withdrawing and replacement with an attorney unfamiliar with the case, voluminous transcripts from a two- and one-half-week jury trial, lack of undersigned counsel's recollection of details of the case after five years have passed, new case law issued since the previous trial, and new factual issues to be litigated such as the passing of a witness.  Though undersigned counsel's motions are not due in that case until September of this year, undersigned counsel learned last week that the co-defendant will be proceeding to a motions hearing on August 12, 2022, on many of the same issues.

10. Undersigned counsel believes that in order to effectively represent her client in that case, she must present her arguments on many issues to that court before that court decides them in the similarly-situated co-defendants' case on August 12, 2022, despite her court-ordered deadline being much later.[1]  One main issue that will be

---

[1] That is not to suggest that that court will not give this defendant his own opportunity to be heard, but undersigned counsel believes that reasonable and effective representation of her client

3

litigated is the presentation of gang evidence. Because that evidence permeated the entire trial as well as preliminary hearing, many motions hearings, and pretrial filings by both defendants and the prosecution, the volume of information to review and present in that motion, though underway, is immense.

11. Undersigned counsel has been working long hours and making all efforts at efficiency, but with this new pressure to meet an unexpected deadline in a very serious case, and only so many hours in a day, undersigned counsel has been unable to put sufficient time into meeting the filing deadline of Monday in the instant case. Undersigned counsel apologizes to the Court and has no intention of showing disrespect or that one case is more important than another – undersigned counsel has also begun work on motions in this case, but there is simply only so much one individual can accomplish and undersigned counsel has no authority to obtain a continuance of the motions hearing in a co-defendant's case in Jefferson County.

12. Undersigned counsel has discussed this request with Ms. Surrat, on behalf of the government, and she does not oppose this request.

13. Mr. Pearce is entitled to effective assistance of counsel, U.S. Const. amend. VI, including in the filing of motions, and he has done nothing to cause this delay.

---

requires submission of his legal authority and arguments prior to the court forming any opinions on the issue.

**WHEREFORE**, Mr. Pearce respectfully requests that this Honorable Court grant an extension of two-weeks to file motions and a correlating extension of the deadline for response motions.

Respectfully submitted,

Dated: July 28, 2022  s/Jolie Masterson\_\_\_\_\_
JOLIE MASTERSON
Masterson Hall, P.C.
1544 Race Street
Denver, CO 80206
Phone 720-663-9553
Fax 303-957-5579
Email: masterson@mastersonhall.com
Attorney for Mr. Pearce

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 28th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Jolie Masterson_____
Jolie Masterson