# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  SEAN PEARCE,

Defendant.

---

## NOTICE OF DISPOSITION

---

The defendant, Sean Pearce, by and through his attorney, Jolie Masterson, hereby notifies this Court that a disposition has been reached with the government in his case.

WHEREFORE, undersigned counsel respectfully requests that the Court set the matter for a change of plea hearing.

                              Respectfully submitted,

Dated: August 9, 2022                 s/Jolie Masterson
                                           JOLIE MASTERSON
                                           Masterson Hall, P.C.
                                           1544 Race Street
                                           Denver, CO 80206
                                           Phone 720-663-9553
                                           Fax 303-957-5579
                                           Email: masterson@mastersonhall.com
                                           Attorney for Mr. Pearce

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jolie Masterson\
Jolie Masterson