IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:   Cathy Pearson
Court Reporter:   Tammy Hoffschildt
Probation:   n/a

Date:   September 7, 2022
Interpreter:   n/a

CASE NO.   21-cr-00264-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  SEAN PEARCE, | Jolie Masterson |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**       8:59 a.m.

Appearances of counsel.   Defendant is present and in custody.

Defendant sworn and answers true name.   Defendant is 55 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Superseding Indictment.

Defendant pleads GUILTY to Counts 1 and 2 of the Superseding Indictment and admits the forfeiture allegation.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **December 1, 2022, at 1:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     9:33 a.m.
**Total in court time:**     00:34
**Hearing concluded**