IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. SEAN PEARCE**

    Defendant.

---

**NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S PSR OBJECTIONS**

---

The United States of America, by and through Andrea Surratt, Assistant United States Attorney for the District of Colorado, hereby provides a copy of Exhibit 1, for delivery to chambers for review. The exhibit is contained on a USB drive and consists of a jail call between the defendant and his wife, identified on page 2 of the Government's response to defendant's PSR objections.

2

Dated: November 14, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0124
Fax: (303) 454-0405
E-mail: Andrea.Surratt@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2022, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S PSR OBJECTIONS** with the Clerk of the Court using the CM/ECF systemwhich will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office 1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Portia.Peter@usdoj.gov