# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEAN PEARCE,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture , pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure (ECF No. 52).  The Court having read said Motion and being fully advised in the premises finds that:

    1.    On September 7, 2022, the United States and defendant Sean Pearce entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.  (Doc. 44);

    2.    The requisite nexus exists between the $9,550.00 in U.S. currency, and Counts One and Two of the Superseding Indictment, to which defendant Sean Pearce has pleaded guilty; and

    3.    Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

    4.    Therefore, it is order that the United States Motion for Preliminary Order of Forfeiture is GRANTED:

5. Defendant Sean Pearce's interest in the following assets shall be forfeited to the United States in accordance with 21 U.S.C. § 853: $9,550.00 in U.S. currency.

6. The United States or a designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

7. The United States shall publish notice of this Preliminary Order of Forfeiture in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

8. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed;

9. The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings;

10. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

11. This Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED this 17th day of November, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge