IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-264-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  SEAN PEARCE,

     Defendant.

---

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant SEAN PEARCE in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

1.     On September 7, 2022, the defendant pled guilty to Counts One and Two of Superseding Indictment 21-cr-264-RM pursuant to the terms enumerated in a written plea agreement.  [ECF #42, 44].  Sentencing is scheduled for December 1, 2022.  [ECF #42].

2.     In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining Count Three of the Superseding Indictment as to this defendant.

1

3.     The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining count of the Superseding Indictment as to defendant SEAN PEARCE at the time of sentencing in the above-captioned matter.

Respectfully submitted this 29th day of November, 2022.

COLE FINEGAN
United States Attorney

By:      s/ Andrea Surratt
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail: Andrea.Surratt@usdoj.gov

2