IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-264-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SEAN PEARCE,

    Defendant.

---

### GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant SEAN PEARCE in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On September 7, 2022, the defendant pled guilty to Counts One and Two of Superseding Indictment 21-cr-264-RM pursuant to the terms enumerated in a written plea agreement. [ECF #42, 44]. Sentencing is scheduled for December 1, 2022. [ECF #42].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3.      The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant SEAN PEARCE.

Respectfully submitted this 29th day of November, 2022.

                    COLE FINEGAN
                    United States Attorney

By:     *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov