**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson | Date:   December 1, 2022 |
| Court Reporter:   Julie Thomas | Interpreter:   n/a |
| Probation:   Kelly Muller | |

**CASE NO.   21-cr-00264-RM**

Parties                                                                    Counsel

UNITED STATES OF AMERICA,                      Andrea Surratt (VTC)

      Plaintiff,

v.

SEAN PEARCE,                                                    Jolie Masterson

      Defendant.

**COURTROOM MINUTES**

**SENTENCING HEARING – Video Teleconference
Court in session:   9:03 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on September 7, 2022, to Counts 1 and 2 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**  Government's motion (Doc. 53) is GRANTED.

**ORDERED:**  Government's Rule 48 Motion to Dismiss Counts (Doc. 60) is GRANTED.

**ORDERED:**  Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 61) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**  Defendant's motion (Doc. 55) is GRANTED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, SEAN PEARCE, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **120 months as to Count 1 and Count 2, to be served concurrently each other but consecutively to any sentence imposed in Pueblo District Court case 21CR915.**

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **five (5) years as to each count, to be served concurrently.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **10:55 a.m.**
Hearing concluded.
Total time:                1:52