IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      SEAN PEARCE,

        Defendant.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and Rule 32.2 of the Federal Rules of Criminal Procedure. In support thereof, the United States submits the following:

    1.    On November 3, 2021, the grand jury charged defendant Sean Pearce by Superseding Indictment with the following: in Count 1 with possession with possession with intent to distribute a controlled substance (Methamphetamine), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); in Count 2 with possession with intent to distribute a controlled substance (Fentanyl), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

1

and in Count 3 with possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(1).  (Doc. 21 at 1-2).

2. The Superseding Indictment also contained a forfeiture allegation, giving the defendant notice that all proceeds obtained, and all property used, or intended to be used, to commit, or to facilitate the commission of the offense in Counts 1 and 2. In addition, the United States also sought forfeiture of all firearms and ammunition involved in the commission of the offense in Count 3, including but not limited to the firearms seized from Pearce's home on June 24, 2021, of the offense in Count 3.  (Doc. 21).

3. On September 7, 2022, the United States and defendant Sean Pearce entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.  (Doc. 44).

4. On November 17, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States any and all of defendant Sean Pearce's right, title and interest in the $9,550.00 in U.S. currency and Counts 1 and 2 of the Superseding Indictment, to which defendant Sean Pearce has pleaded guilty.  (Doc. 54).

5. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

6. Accordingly, the United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days from November

19, 2022 to December 18, 2022, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

7.     Federal Rule of Criminal Procedure 32.2(b)(6)(A) also requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

8.     No Verified Statement of Interest or Petition to the United States of America, for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third party is barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered, herewith, in accordance with 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, for the $9,555.00 in U.S. currency.

DATED this 7th day of February 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:    s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                      *s/Sheri Gidan*
                                      FSA Federal Paralegal
                                      Office of the U.S. Attorney