IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 21-cr-00264-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      SEAN PEARCE,

        Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 65). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Superseding Indictment returned on November 3, 2021;

THAT a Preliminary Order of Forfeiture was entered on November 17, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has expired;

THAT no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $9,550.00 in U.S. currency, shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

2

THAT the United States shall have full and legal title to the forfeited $9,550.00 in U.S. currency, and may dispose of it in accordance with law.

DATED this 7th day of February, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge